IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER JAY TAYLOR,
    Plaintiff,

vs.                                                   Case No.:  3:11cv199/MCR/CJK

KENNETH S. TUCKER, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on April 27, 2011, by filing a complaint under 42 U.S.C. § 1983, and a motion to proceed *in forma pauperis*.  (Docs. 1 & 2)  Plaintiff's motion to proceed *in forma pauperis* was found to be deficient and he was given twenty-eight (28) days to file a fully completed prisoner consent form, along with supporting documentation, or pay the filing fee of $350.00.  (Doc. 5)  Plaintiff complied and on June 9, 2011, an order was entered granting *in forma pauperis* and assessing an initial filing fee of $27.71, to be paid within thirty (30) days.  (Doc. 10)

On July 11, 2011, plaintiff was instructed to file an amended complaint due to deficiencies found in his original pleading, and was given thirty (30) days in which to do so.  (Doc. 13)  Plaintiff filed an amended complaint on August 29, 2011 (doc. 19); however, it was found to be deficient and he was once again instructed to file an amended complaint within thirty (30) days.  (Doc. 20)  However, no response was

received from plaintiff and a show cause order was issued giving plaintiff fourteen (14) days to show cause why this case should not be dismissed for failure to comply with an order of the court.  (Doc. 21)  To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 17th day of January, 2012.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).