IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTOPHER JAY TAYLOR,**

    **Plaintiff,**

v.                                                    Case No.   3:11cv199/MCR/CJK

**KENNETH S. TUCKER, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 17, 2012 (doc. 23).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  None have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of February, 2012.

                                                s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**